IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| ANTONIO KEVIN MCKOY, | ) | |
| TONY CHEVALLIER, | ) | |
| JABARR RYEHEINE RUDOLPH, | ) | |
| GREG BRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the following Government Exhibits be returned to __Kevin Perry__ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

**EXHIBIT #**     **EXHIBIT DESCRIPTION**

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 98 | Cocaine |
| 144 | Heroin |
| 145 | Smith & Wesson .38 caliber revolver |
| 146 | Heroin |
| 149 | Cooking pot with residue - search warrant 11/19/15 |
| 150 | Empty plastic bags with residue - search warrant 11/19/15 |
| 180 | Narcotics |
| 206 | Cocaine Base |
| 225 | Narcotics |
| 245 | Cocaine Base |
| 246 | Heroin |
| 247 | Plastic Baggy |
| 260 | Cocaine Base |

| 274 | Cocaine Base |
|---|---|
| 304 | Llama .45 caliber semi-automatic handgun |
| 305 | Cocaine Base |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

SO ORDERED. This __21__ day of May 2018.

_____ ATF/TFO
Agent's Signature

_____
JAMES C. DEVER III
Chief United States District Judge