IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:16-CR-116-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANTONIO KEVIN MCKOY, ) | |
| ) | |
| Defendant. ) | |

In light of this court's order of April 25, 2023 [D.E. 1691], and the Fourth Circuit's failure to authorize defendant to file another motion under 28 U.S.C. § 2255, the court DISMISSES WITHOUT PREJUDICE defendant's motion [D.E. 1737]. See also [D.E. 1698, 1709, 1710, 1718].

SO ORDERED. This 28 day of July, 2025.

JAMES C. DEVER III
United States District Judge