IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D
No. 7:22-CV-83-D

| | |
|---|---|
| ANTONIO KEVIN MCKOY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

On February 5, 2024, the United States Court of Appeals for the Fourth Circuit remanded for the limited purpose of determining if Antonio Kevin McKoy received both the district court's judgment and accompanying order resolving his motion under 28 U.S.C. § 2255. See [D.E. 1709]. The record makes clear that McKoy received both the order and judgment. See [D.E. 1691, 1692]. Moreover, McKoy's motion for reconsideration makes clear that he received the order. See [D.E. 1694] 1 (McKoy "moves this Honorable court to reconsider its ent[ry] of an [order] dated April 25, 2023, granting respondent's motion to dismiss, dismissing petitioner's §2255 motion and den[y]ing [a] certificate of appeal[a]bility." Id.). The second and third pages of McKoy's motion also makes clear that he received both. See id. at 2–3; cf. [D.E. 1691] 3–7.

SO ORDERED. This _20_ day of October, 2025.

JAMES C. DEVER III
United States District Judge