IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D
No. 7:22-CV-83-D

| | | |
|---|---|---|
| ANTONIO KEVIN MCKOY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On June 22, 2023, the court DISMISSED WITHOUT PREJUDICE petitioner's motion for reconsideration. See [D.E. 1698]. On October 20, 2025, the court resolved the issue raised in the Fourth Circuit's remand order. See [D.E. 1749]. The clerk is DIRECTED to mail petitioner a copy of D.E. 1749 and D.E. 1698. The court DENIES any other request for relief.

SO ORDERED. This 26 day of October, 2026.

JAMES C. DEVER III
United States District Judge